IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA

VS.                    CASE NO. 4:06CR00350 JMM

RICKY ALLEN MCGHEE

SECOND AMENDED JUDGMENT

Pending before the Court is defendant's unopposed Motion for Early Termination of Probation. For good cause shown, the motion is granted (#21). The May 16, 2007 Amended Judgment and the April 18, 2007 Judgment in this case are amended to reflect that the defendant Ricky Allen McGhee's probation is terminated as of the date of this Second Amended Judgment.

The Clerk of the Court is directed to provide the United States Marshal and the United States Probation Office with a copy of this Amended Judgment. The Clerk is directed to mail a copy of this Amended Judgment to the defendant.

IT IS SO ORDERED THIS  9  day of  December , 2008.


_____
James M. Moody
United States District Judge